

**Seyfarth Shaw LLP**
700 Milam Street
Suite 1400
Houston, Texas 77002-2812
T (713) 225-2300
F (713) 225-2340

cpalamountain@seyfarth.com
T (713) 238-1886

www.seyfarth.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/21

July 23, 2021

**VIA ECF AND FEDEX**

The Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: *Kim Yancey-Theodore v. 1825 Park Avenue Property Investors III, LLC and JP Morgan Chase Bank, N.A.*
**Docket No. 1:21-cv-02055 (PGG)(BCM): Letter Motion to Adjourn Scheduling Conference**

Dear Judge Moses:

We represent defendant JPMorgan Chase Bank, N.A. in the above-entitled action. On behalf of the parties, we write to respectfully request that the scheduling conference currently set for August 4, 2021 be reset to September 3, 2021 or another date approximately thirty (30) days out that is convenient for the Court.

No previous requests for adjournment have been made. The reason for this request is that I have a conflict with the existing date and that the parties have been engaging in and making substantial progress in settlement discussions, to the extent that we are optimistic that the parties may reach a final agreement before a conference in early September.

We have consulted with all parties, and all parties consent to this request. The requested adjournment does not affect any other scheduled dates.

Very truly yours,

SEYFARTH SHAW LLP

Kathryn C. Palamountain

73320908v.1



## PROOF OF SERVICE

I hereby certify that on July 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, including the following:

> Glen H. Parker, Esq.
> ghp@parkerhanski.com
> Adam S. Hanski, Esq.
> ash@parkerhanski.com
> Robert G. Hanski, Esq.
> rgh@parkerhanski.com
> PARKER HANSKI LLC
> 40 Worth Street, 10th Floor
> New York, New York 10013
>
> *Attorneys for Plaintiff*
> *Kim Yancey-Theodore*

*/s/ Kathryn Palamountain*
Kathryn Palamountain
*Attorneys for Defendant*
JPMORGAN CHASE BANK, N.A.

---

Application GRANTED. The August 4, 2021 conference is ADJOURNED to **September 1, 2021 at 11:00 a.m.** The parties shall promptly inform the Court if settlement is reached in advance of the conference. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
July 26, 2021

73320908v.1