# JacksonLewis

# MEMO ENDORSED

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax

jacksonlewis.com

MY DIRECT DIAL IS:  631-247-4675
MY EMAIL ADDRESS IS:  ADAM.GUTTELL@JACKSONLEWIS.COM

August 20, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/21

**VIA ECF**

Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Room 705
New York, New York 10007

Re: Yancey-Theodore v. 1825 Park Avenue Property Investors III, LLC et al
Case No. 1:21-CV-02055-PGG-BCM

Dear Magistrate Judge Moses:

We represent Defendant 1825 Park Avenue Property Investors III, LLC in this matter.  We write, with the consent of all parties and pursuant to Rule 2(a) of Your Honor's Individual Rules of Practice in Civil Cases, to respectfully request the scheduling conference currently scheduled for September 1, 2021 be adjourned to September 22, 2021 or a subsequent date convenient for the Court. This is the parties' second request for an adjournment of this conference and the first request was granted. The reason for this request is that the parties have made substantial progress in settlement discussions and require additional time to finalize the terms of settlement.

Thank you for your attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*Adam G. Guttell*

Adam G. Guttell

Application GRANTED. The **September 1, 2021** conference is ADJOURNED to **September 22, 2021 at 10:00 a.m.** SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
August 25, 2021

cc: All counsel of record (via ECF)
4828-8297-7015, v. 1