# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax

jacksonlewis.com

MY DIRECT DIAL IS:  631-247-4675
MY EMAIL ADDRESS IS:  ADAM.GUTTELL@JACKSONLEWIS.COM

September 15, 2021

**VIA ECF**

Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Room 705
New York, New York 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/21

Re:   Yancey-Theodore v. 1825 Park Avenue Property Investors III, LLC et al
      Case No. 1:21-CV-02055-PGG-BCM

Dear Magistrate Judge Moses:

We represent Defendant 1825 Park Avenue Property Investors III, LLC in this matter. We write, with the consent of all parties and pursuant to Rule 2(a) of Your Honor's Individual Rules of Practice in Civil Cases, to respectfully request the scheduling conference currently scheduled for September 22, 2021 be adjourned to October 13, 2021 or a subsequent date convenient for the Court. This is the parties' third request for an adjournment of this conference and the first and second requests were granted. The parties are continuing to make progress in settlement discussions and require additional time to continue negotiating the terms of settlement. Additionally, counsel for JP Morgan Chase Bank, N.A. is located in Texas and advised us of an impending storm that is expected to leave her without power for a few days.

Thank you for your attention to this matter.

Application GRANTED. The September 22, 2021 conference is hereby ADJOURNED to **October 13, 2021 at 12:00 p.m.** SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
September 16, 2021

Respectfully submitted,

JACKSON LEWIS P.C.

*Adam G. Guttell*

Adam G. Guttell

cc:   All counsel of record (via ECF)
4818-5811-3019, v. 1